**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1311**

---

SADIO DIALLO,

                                                Petitioner,

        versus

MICHAEL B. MUKASEY, Attorney General,

                                                Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A97-622-486)

---

Submitted:  December 17, 2007        Decided:  April 28, 2008

---

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Peter Nyoh, LAW OFFICES OF ENOW & PATCHA, Silver Spring, Maryland,
for Petitioner.  Peter D. Keisler, Assistant Attorney General, M.
Jocelyn Lopez Wright, Assistant Director, Jason Xavier Hamilton,
Office of Immigration Litigation, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sadio Diallo, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Diallo's motion to reopen as untimely. See 8 U.S.C.A. § 1229a(c)(7)(C)(i) (West 2005 & Supp. 2007); 8 C.F.R. § 1003.2(a) (2007). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Diallo, No. A97-622-486 (B.I.A. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED